## Frances Bowser, Appellee, v. Musical Courier Company, Appellant.

### Gen. No. 23,600.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN F. HAAS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed May 28, 1918.

### Statement of the Case.

Action by Frances Bowser, plaintiff, against Musical Courier Company, a corporation, defendant, to recover for commissions on subscriptions to defendant's publication and on advertising contracts procured for the publication. From a judgment for plaintiff for $388.25, defendant appeals.

CULVER, ANDREWS, KING & STITT, for appellant.

FARRELL & THOMPSON, for appellee.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1414*—*when finding not disturbed.* A finding based upon conflicting evidence will not be disturbed on appeal unless it is clearly and manifestly against the weight of evidence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.